JOSEPH SCHORR, Respondent, *v.* NEW YORK CITY HOUSING AUTHORITY, Appellant.

Submitted June 6, 1946; decided July 23, 1946.

*Louis Helfenstein, Seymour J. Bernstein* and *Norman Lustig* for appellant.

*Joseph J. Einhorn* and *Frank Zuckerbrot* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.